IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WENDY ELLEN BAYLESS                                        PLAINTIFF

v.                    CASE NO. 4:18-CV-00486 BSM

SOCIAL SECURITY ADMINISTRATION                      DEFENDANT

## ORDER

After *de novo* review of the entire record, including Wendy Bayless's objections, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 13] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 2] is dismissed with prejudice.

IT IS SO ORDERED this 17th day of June 2019.

_____
UNITED STATES DISTRICT JUDGE